IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re TABLEWARE ANTITRUST LITIGATION                No   C-04-3514 VRW

                                         /    ORDER

Pursuant to FRCP 23(g)(1)(C)(iii) and 23(h)(3), the court ORDERS putative class counsel to submit, under seal, not later than April 29, 2005, counsel's good faith quantitative assessments of:

- their probability of prevailing on plaintiffs' claims, including their likelihood of achieving various levels of recovery;

- the hours of attorney and legal support staff time they reasonably anticipate spending to reach certain stages in the litigation and to achieve various levels of recovery; and

- the reimbursable costs they expect to incur to reach certain stages in the litigation and to achieve various levels of recovery;

stating with particularity the reasons for these assessments.

Counsel shall contact the courtroom deputy, Cora Delfin, at 415-522-2039, for direction in making this submission, which

shall be made in paper form, ex parte and under seal.  The clerk is directed not to unseal this submission or permit its inspection by anyone except upon notice to the parties and further order of the court.

IT IS SO ORDERED.

/s/

VAUGHN R WALKER

United States District Chief Judge