Patrick O'Donnell
Amy Richardson
Harris, Wiltshire & Grannis, LLP
1200 18th St., N.W.
Washington, D.C. 20036
Telephone: (202) 730-1312
Facsimile: (202) 730-1301

Jeffrey C. Hallam (State Bar No. 161259)
Sideman & Bancroft LLP
One Embarcadero Center Suite 860
San Francisco, California 94111
Telephone (415) 392-1960

Counsel for Defendant Waterford Wedgwood USA, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION<br><br>This Document Relates To<br>All Actions | Master File No. C-04-3514 VRW<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR DEPOSITION DISCOVERY TO April 7, 2006<br><br>Judge: Hon. Vaughn R. Walker |

Plaintiffs desire to depose two witnesses overseas, and all parties desire to accomplish those foreign depositions in a single transatlantic trip. Due to scheduling conflicts, plaintiffs also desire to depose a witness located in the Washington, D.C. area who cannot practicably be scheduled before the discovery cutoff of March 31, 2006. In order to accommodate all the parties, plaintiffs and defendants Federated Department Stores, Inc., The May Department Stores Company, Lenox, Inc., and Waterford Wedgwood, U.S.A. (collectively "Defendants")

65086.1
STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION DISCOVERY DEADLINE EXTENSION

1  enter this Stipulation to extend the fact discovery cutoff solely to permit the deposition of

2  these three witnesses.

3  IIT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants, by and

4  though their counsel of record, that the discovery cutoff may be extended to April 7, 2006

5  solely for the purpose of conducting the depositions of Moira Gavin, Redmond O'Donoghue,

6

7  and Greg Locraft.

8

9  **SO STIPULATED:**

10 Dated: March 17 2006.

11 By: _____
    PATRICK O'DONNELL
12  THOMAS CONNOLLY
    AMY RICHARDSON
13  HARRIS, WILTSHIRE & GRANNIS, LLP
    1200 Eighteenth Street, NW, 12th Floor
14  Washington, District of Columbia 20036
    Telephone: (202) 730-1300
15
    Attorneys for Defendant Waterford Wedgwood, USA
16

17
   Dated: March 17 2006.
18 By: _____
   JEFFREY A. LEVEE
19 COURTNEY M. SCHABERG
   JONES DAY
20 555 South Flower Street, Fiftieth Floor
   Los Angeles, CA 90071
21 Telephone: (213) 489-3939

22 Attorneys for Defendants Federated Department
   Stores, Inc. and May Department Stores
23 Company

| | | |
|---|---|---|
| 1 | Dated: March 17 2006. | |
| 2 | | By: /s/ Penelope Preovolos /P.O./ |
| 3 | | PENELOPE A. PREOVOLOS |
| | | STUART C. PLUNKETT |
| | | TERRI GARLAND |
| 4 | | TAMMY ALBARRÁN |
| | | MORRISON & FOERSTER LLP |
| 5 | | 425 Market Street |
| | | San Francisco, CA 94105 |
| 6 | | Telephone: (415) 268-7000 |
| 7 | | Attorneys for Defendant Lenox, Inc. |
| | Dated: March 16 2006. | |
| 8 | | By: /s/ Michael P. Lehmann |
| 9 | | MICHAEL P. LEHMANN |
| | | HENRY A. CIRILLO |
| 10 | | ALEX C. TURAN |
| | | THE FURTH FIRM LLP |
| 11 | | 225 Bush Street, 15th Floor |
| | | San Francisco, CA 94104 |
| 12 | | Telephone: (415) 433-2070 |
| 13 | | GUIDO SAVERI |
| | | R. ALEXANDER SAVERI |
| 14 | | LISA SAVERI |
| | | CADIO ZIRPOLI |
| 15 | | SAVERI & SAVERI, INC. |
| | | 111 Pine Street, Suite 1700 |
| 16 | | San Francisco, CA 94111 |
| | | Telephone: (415) 217-6810 |
| 17 | | |
| | | CRAIG C. CORBITT |
| 18 | | ZELLE, HOFMANN, VOELBEL MASON & |
| | | GETTE, LLP |
| 19 | | 44 Montgomery Street, Suite 3400 |
| | | San Francisco, CA 94104 |
| 20 | | Telephone: (415) 693-0700 |
| 21 | | JOSEPH M. ALIOTO |
| | | THE ALIOTO LAW FIRM |
| 22 | | 555 California Street, Suite 3160 |
| | | San Francisco, CA 94104 |
| 23 | | Telephone: (415) 434-8900 |
| 24 | | RANDY R. RENICK |
| | | LAW OFFICES OF RANDY R. RENICK |
| 25 | | 128 North Fair Oaks Avenue, Suite 204 |
| | | Pasadena, CA 91103 |
| 26 | | Telephone: (626) 585-9608 |
| 27 | | Attorneys for Plaintiffs |
| 28 | | |

65086.1                        -3-
STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION DISCOVERY DEADLINE EXTENSION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Based on the Stipulation between Plaintiffs and Defendants and GOOD CAUSE appearing, and the Court, having considered all pertinent documents and pleadings filed in this action, IT IS HEREBY ORDERED that the Case Management Order entered October 18, 2005 is hereby amended and the depositions of Moira Gavin, Redmond O'Donoghue, and Greg Locraft may occur no later than April 7, 2006.

**IT IS SO ORDERED.**

Dated:   March 21, 2006            .

By: 

65086.1                                    -4-

STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION DISCOVERY DEADLINE EXTENSION

1

2                           **CERTIFICATE OF SERVICE**

3        I, Erica D. Miller, certify that I caused to be served a true and correct copy of the
Stipulation and [Proposed] Order Extending Deadline for Deposition Discovery by Electronic
4   Service, pursuant to Local Rule 5-4 and FRCivP 5(e) and by first-class mail, postage pre-paid.

5

6
         Executed on March 17, 2006, at Washington, D.C.
7
                                                Signed _____
8                                                       Erica D. Miller

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28