```
 1  FREDERICK P. FURTH (No. 38438)
    MICHAEL P. LEHMANN (No. 77152)
 2  HENRY A. CIRILLO (No. 131527)
    ALEX C. TURAN (No. 227273)
 3  THE FURTH FIRM LLP
    225 Bush Street, 15th Floor
 4  San Francisco, California 94104-4249
    Telephone:  (415) 433-2070
 5  Facsimile:  (415) 982-2076

 6  Co-counsel for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION | Master File No. C-04-3514 VRW |
| | CLASS ACTION |
| This Document Relates To All Actions | STIPULATION AND [~~PROPOSED~~] ORDER GRANTING A 60 DAY EXTENSION OF TIME FOR ALL DATES FOLLOWING FACT DISCOVERY DEADLINE |
| | Judge: Hon. Vaughn R. Walker |

65909.2

STIPULATION AND [PROPOSED] ORDER GRANTING A 60 DAY EXTENSION OF TIME FOR ALL DATES FOLLOWING FACT DISCOVERY DEADLINE

1          Pursuant to N.D. Civil Local Rules 6-2 and 7-11, Plaintiffs and defendants
2  Federated Department Stores, Inc., The May Department Stores Company, Lenox, Inc.,
3  and Waterford Wedgwood, U.S.A. (collectively "Defendants") acting by and through their
4  counsel of record, hereby stipulate as follows:
5          WHEREAS, on September 2, 2005, this Court issued a Case Management
6  Order, setting the date for various case-related deadlines, including the deadline for Expert
7  Disclosures to take place on or before February 28, 2006, and for the trial to begin on
8  August 14, 2006;
9          WHEREAS, on October 18, 2005 counsel for the parties appeared before the
10 Honorable Vaughn R. Walker for a Case management Conference;
11         WHEREAS, after reviewing the parties' Joint Case Management Conference
12 Statement No. 4, filed October 7, 2005, and considering the subsequently-reached
13 stipulation of the parties and oral arguments of counsel, Judge Walker ordered that new
14 deadlines shall apply to this action, among which was a new deadline of April 12, 2006 for
15 Expert Disclosures and a new deadline of October 30, 2006 to begin trial;
16         WHEREAS, the Case Management Order dated October 18, 2005 was signed
17 by Judge Walker and filed in this action on October 24, 2005 as Document No. 83;
18         WHEREAS, Plaintiffs state that their experts have been assessing the
19 significant amount of discovery received, including additional transactional data and third-
20 party transactional data received in the last few weeks, and require additional time to
21 assimilate the substantial amount of data in order to prepare their expert report;
22         WHEREAS, Plaintiffs have advised the Court of a discovery dispute as to the
23 production of additional transactional data by the defendants, and a motion is pending in the
24 District of New Jersey as to the production of additional third-party transactional data;
25         IT IS HEREBY STIPULATED AND AGREED by the parties that:
26         All deadlines following the fact discovery cutoff set by the Court in its Case
27 Management Order dated October 18, 2005, and all other deadlines related thereto,
28

1  including those determined by the Court, be continued approximately sixty (60) days, such
2  that the following will be the operative timetable for this action:

| ITEM | FORMER DATE | NEW DATE |
|---|---|---|
| Plaintiffs Designate Their Experts And Produce Reports | April 12, 2006 | June 12, 2006 |
| Defendants Complete Depositions of Plaintiffs' Experts | May 1, 2006 | July 5, 2006 |
| Defendants Designate Their Experts And Produce Reports | May 12, 2006 | July 18, 2006 |
| Plaintiffs Complete Depositions of Defendants' Experts | May 30, 2006 | August 8, 2006 |
| Plaintiffs Produce Supplemental Expert Reports | June 12, 2006 | August 11, 2006 |
| Expert Discovery Cutoff | June 12, 2006 | August 11, 2006 |
| Last Day To Move For Class Cert/Dispositive Motions | June 30, 2006 | August 29, 2006 |
| Last Day for Hrg On Class Cert/Dispositive Motions | August 24, 2006 @ 2:00 p.m. | ~~October 24, 2006~~ **October 26, 2006 @2:00pm** |
| Joint Pre-Trial Conference Statement; Jury Instructions; Exhibit Lists (and Exhibits); Witness Lists (and summaries of proposed testimony); Designation of Discovery Excerpts; Motions In Limine/Objections To Evidence; Voir Dire; Verdict Forms | September 11, 2006 | November 10, 2006 |
| Response to Motions In Limine/Objections To Evidence | September 16, 2006 | November 15, 2006 |
| Pre-Trial Conference **Nov. 20, 2006 @ 10:00a.m.** | September 19, 2006 @ 9:00 a.m. | ~~November 17, 2006~~ |
| Trial **January 15, 2007 @8:30a.m.** | October 30, 2006 @ 8:30 a.m. | ~~January 8, 2007~~ at 8:30 a.m. (or as soon thereafter as the Court is available) |

**SO STIPULATED:**

Dated: April 5, 2006.

By: /s/
MICHAEL P. LEHMANN
HENRY A. CIRILLO
ALEX C. TURAN
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-2070

GUIDO SAVERI
R. ALEXANDER SAVERI
LISA SAVERI
CADIO ZIRPOLI
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810

CRAIG C. CORBITT
ZELLE, HOFMANN, VOELBEL MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700

JOSEPH M. ALIOTO
THE ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: (415) 434-8900

RANDY R. RENICK
LAW OFFICES OF RANDY R. RENICK
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: (626) 585-9608

Attorneys for Plaintiffs

1  Dated: April 5, 2006.

By: /s/ Jeffrey A. LeVee
JEFFREY A. LEVEE
COURTNEY M. SCHABERG
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939

Attorneys for Defendants Federated Department Stores, Inc. and May Department Stores Company

Dated: April 5, 2006.

By: /s/ Stuart Plunkett
PENELOPE A. PREOVOLOS
STUART C. PLUNKETT           by permission
TERRI GARLAND                       cws
TAMMY ALBARRÁN
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

Attorneys for Defendant Lenox, Inc.

Dated: April 5, 2006.

By: /s/ Pat O'Donnell
PATRICK O'DONNELL                By permission
THOMAS CONNOLLY                      cws
TONYA L. MITCHELL
HARRIS, WILTSHIRE & GRANNIS, LLP
1200 Eighteenth Street, NW, 12th Floor
Washington, District of Columbia 20036
Telephone: (202) 730-1300

Attorneys for Defendant Waterford Wedgwood, USA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 11, 2006

By: /s/ Vaughn R Walker
HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Vaughn R Walker — United States District Court, Northern District of California]

65909.2                                                           -5-
STIPULATION AND [PROPOSED] ORDER GRANTING A 60 DAY EXTENSION OF TIME FOR ALL DATES FOLLOWING FACT DISCOVERY DEADLINE