IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION. _____/ | No   C-04-3514 VRW<br><br>ORDER |

        In a March 31, 2006 letter, plaintiffs notified the court of a discovery dispute centering around defendants' "refusal to provide certain electronic transactional data regarding their sales of tableware products." Doc #96. Plaintiffs stated that they had met and conferred with defendants, in accordance with FRCP 37(a)(1)(A) and Civ L R 37-1, and plaintiffs proposed that the dispute could be resolved via "letter briefs, not to exceed 3 pages, submitted to the Court by Wednesday, April 5, 2006, which would be followed by a telephone conference or an appearance before the Court as soon thereafter as the Court's schedule permits." In a letter dated April 3, 2006, defendants requested that any exchange of letters be deferred slightly to April 12, 2006, because some of defendants' attorneys were attending depositions out of town. Defendants then filed a letter dated April 11, 2006, suggesting that the respective letter briefs could be submitted on April 14, 2006. Doc #97.

1  The court GRANTS the parties leave to address this
2 discovery issue via letter briefs that are filed by April 14, 2006,
3 and that do not exceed 3 pages in length.  The courtroom deputy
4 will notify the parties if the court wishes to have a telephone
5 conference or hearing on this matter.  The clerk is DIRECTED to
6 include defendants' April 3, 2006 letter in the file.

8  IT IS SO ORDERED.

  VAUGHN R WALKER
  United States District Chief Judge