FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
HENRY A. CIRILLO (No. 131527)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone:  (415) 433-2070
Facsimile:   (415) 982-2076

Co-counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION | Master File No. C-04-3514 VRW |
| | CLASS ACTION |
| This Document Relates To All Actions | STIPULATION AND [~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME FOR ALL DATES FOLLOWING FACT DISCOVERY DEADLINE |
| | Judge: Hon. Vaughn R. Walker |

65909.2

Pursuant to N.D. Civil Local Rules 6-2 and 7-11, Plaintiffs and defendants Federated Department Stores, Inc. ("Federated"), The May Department Stores Company ("May"), Lenox, Inc., and Waterford Wedgwood, U.S.A. ("Waterford") (collectively "Defendants") acting by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the purpose of this Stipulation is to give plaintiffs and their experts more time to evaluate certain data that the Court, in its order dated May 25, 2006, ordered defendants to produce (as explained further in the following whereas clauses);

WHEREAS, in a stipulation and proposed order submitted on April 5, 2006 ("April 5 Stipulation"), Plaintiffs stated that their experts had been assessing the significant amount of discovery received, including additional transactional data and third-party transactional data received in the few weeks prior to that date, and that they required additional time to assimilate the substantial amount of data in order to prepare their expert report;

WHEREAS, on April 11, 2006, the Court entered a Stipulation and Order Granting a 60 Day Extension of Time for All Dates Following Fact Discovery Deadline ("April 11 Order"), which, among other things, extended the deadline for Plaintiffs to designate experts and produce reports to June 12, 2006 and setting a new trial date of January 17, 2007;

WHEREAS, in the April 5 Stipulation, Plaintiffs advised the Court of a discovery dispute as to the production of additional transactional data by the defendants, and that a motion was pending in the District of New Jersey as to the production of additional third-party transactional data;

WHEREAS, by letters dated April 14, 2006, the parties presented a discovery dispute to the Court in which Plaintiffs sought to compel defendants to produce transactional and sales data for 2005 for Waterford Wedgwood USA tableware products;

WHEREAS, the Plaintiffs motion to compel was under submission during the time period April 14, 2006 until May 25, 2006, when the Court granted Plaintiffs' motion to compel;

WHEREAS, Waterford has now produced the transactional and sales data for 2005, and Federated and May have indicated that they expect to be able to produce said data within the next three to four weeks;

WHEREAS, as of the date of this stipulation, Plaintiffs continue to have a motion pending in the District of New Jersey as to the production of Bed, Bath & Beyond transactional and sales data for 2005 for Waterford Wedgwood USA tableware products, are seeking resolution of that motion as promptly as possible, but do not know when the court in that proceeding will rule on plaintiffs' motion; and

WHEREAS, upon receipt of the transactional and sales data at issue in the motions to compel in this Court and in New Jersey, Plaintiffs estimate that their experts will require 60 days to analyze the data received and prepare expert reports;

IT IS HEREBY STIPULATED AND AGREED by the parties that:

All deadlines following the fact discovery cutoff set by the Court in its April 11 Order, and all other deadlines related thereto, including those determined by the Court, be continued approximately eighty-five (85) days, such that the following will be the operative timetable for this action:

| ITEM | FORMER DATE | NEW DATE |
|---|---|---|
| Plaintiffs Designate Their Experts And Produce Reports | June 12, 2006 | September 8, 2006 |
| Defendants Complete Depositions of Plaintiffs' Experts | July 5, 2006 | September 29, 2006 |
| Defendants Designate Their Experts And Produce Reports | July 18, 2006 | October 13, 2006 |
| Plaintiffs Complete Depositions of Defendants' Experts | August 8, 2006 | November 3, 2006 |

| ITEM | FORMER DATE | NEW DATE |
|---|---|---|
| Plaintiffs Produce Supplemental Expert Reports | August 11, 2006 | November 6, 2006 |
| Expert Discovery Cutoff | August 11, 2006 | November 6, 2006 |
| Last Day To Move For Class Cert/Dispositive Motions | August 29, 2006 | November 17, 2006 |
| Last Day for Hrg On Class Cert/Dispositive Motions | October 26, 2006 @ 2:00 p.m. | January 25, 2007 @ 2:00 p.m. |
| Joint Pre-Trial Conference Statement; Jury Instructions; Exhibit Lists (and Exhibits); Witness Lists (and summaries of proposed testimony); Designation of Discovery Excerpts; Motions In Limine/Objections To Evidence; Voir Dire; Verdict Forms | November 10, 2006 | February 8, 2007 |
| Response to Motions In Limine/Objections To Evidence | November 15, 2006 | February 15, 2007 |
| Pre-Trial Conference | November 20, 2006 @ 10:00 a.m. | February 20, 2007 |
| Trial | January 17, 2007 @ 8:30 a.m. | April 9, 2007 at 8:30 a.m. (or as soon thereafter as the Court is available) |

**SO STIPULATED:**

Dated: June 6 2006.

By: _____
MICHAEL P. LEHMANN
HENRY A. CIRILLO
ALEX C. TURAN
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-2070

65909.2                                    -4-
STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR ALL DATES FOLLOWING FACT DISCOVERY DEADLINE

```
                              GUIDO SAVERI
                              R. ALEXANDER SAVERI
                              LISA SAVERI
                              CADIO ZIRPOLI
                              SAVERI & SAVERI, INC.
                              111 Pine Street, Suite 1700
                              San Francisco, CA 94111
                              Telephone: (415) 217-6810

                              CRAIG C. CORBITT
                              CHRISTOPHER T. MICHELETTI
                              ZELLE, HOFMANN, VOELBEL MASON &
                              GETTE, LLP
                              44 Montgomery Street, Suite 3400
                              San Francisco, CA 94104
                              Telephone: (415) 693-0700

                              JOSEPH M. ALIOTO
                              THE ALIOTO LAW FIRM
                              555 California Street, Suite 3160
                              San Francisco, CA 94104
                              Telephone: (415) 434-8900

                              RANDY R. RENICK
                              LAW OFFICES OF RANDY R. RENICK
                              128 North Fair Oaks Avenue, Suite 204
                              Pasadena, CA 91103
                              Telephone: (626) 585-9608

                              Attorneys for Plaintiffs
```

Dated: June 6 2006.

By: _____
    JEFFREY A. LEVEE
    ANDI K. WANG
    JONES DAY
    555 South Flower Street, Fiftieth Floor
    Los Angeles, CA 90071
    Telephone: (213) 489-3939

Attorneys for Defendants Federated Department Stores, Inc. and May Department Stores Company

1  Dated: June 6, 2006.

2  By: /s/ Stuart Plunkett
   PENELOPE A. PREOVOLOS
3  STUART C. PLUNKETT
   TERRI GARLAND
4  TAMMY ALBARRÁN
   MORRISON & FOERSTER LLP
5  425 Market Street
   San Francisco, CA 94105
6  Telephone: (415) 268-7000

7  Attorneys for Defendant Lenox, Inc.

8  Dated: June 6, 2006.

9  By: /s/ Patrick O'Donnell
   PATRICK O'DONNELL
10 THOMAS CONNOLLY
   HARRIS, WILTSHIRE & GRANNIS, LLP
11 1200 Eighteenth Street, NW, 12th Floor
   Washington, District of Columbia 20036
12 Telephone: (202) 730-1300

13 Attorneys for Defendant Waterford Wedgwood, USA
14
15
16 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17 Dated:  June 9, 2006           .

18 By: /s/ Vaughn R. Walker
   HONORABLE VAUGHN R. WALKER
19 UNITED STATES DISTRICT JUDGE

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]

---

65909.2                                                                    -6-
STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR ALL DATES FOLLOWING FACT DISCOVERY DEADLINE
3165038v2

## PROOF OF SERVICE

I, Mary McGuire, declare that I am over the age of 18 years and not a party to the above-entitled cause. I am employed in the County of San Francisco; my business address is One Eleven Pine Street, Suite 1700, San Francisco, California 94111.

I declare under penalty of perjury that, on June 6, 2006, I caused to be served a true and correct copy of the following document(s):

**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR ALL DATES FOLLOWING FACT DISCOVERY DEADLINE**

was delivered to all counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of June, 2006.

*/s/ Mary McGuire*
Mary McGuire