UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re Tableware Antitrust Litigation

Plaintiff(s),
v.

Defendant(s).

CASE NO. C04-3514-VRW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Joseph Collins Cavender , an active member in good standing of the bar of the Supreme Court of Virginia (particular court to which applicant is admitted) whose business address and telephone number is
Harris, Wiltshire & Grannis LLP
1200 Eighteenth St, NW 12th Floor
Washington, DC 20036
(202) 730-1328
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Waterford Wedgwood USA, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: JUL 1 3 2006

Vaughn R. Walker
United States District Judge