IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION | No   C-04-3514 VRW<br><br>ORDER |
| _____/ | |

In a letter dated November 30, 2006, plaintiffs request relief from the March 31, 2006, discovery cutoff date for the purpose of taking the deposition of Dawn Robertson, a former employee of defendant. Doc #144. Defendant opposes plaintiffs' request, arguing that plaintiffs have failed to set forth good cause for modifying the court's schedule under FRCP 16(b). Doc #145.

//

//

Plaintiffs concede that defendant named Ms Robertson in interrogatory responses seven months before the discovery cutoff date, but insist they had "no reason to take her deposition in light of the Suval stipulation." Doc #144 at 2. Yet the Suval stipulation pertained to the authenticity of the Suval email, not the accuracy of its contents. Moreover, plaintiffs had reason to depose Ms Robertson before the end of discovery because she is specifically referenced in the Suval email. Accordingly, the court DENIES plaintiffs' request for relief from the discovery cutoff date.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge