Jeffrey A. LeVee (SBN 125863)
Andi K. Wang (SBN 218369)
Kate P. Wallace (SBN 234949)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
jlevee@jonesday.com
andiwang@jonesday.com
kpwallace@jonesday.com

Phillip A. Proger (admitted *pro hac vice*)
Toby G. Singer (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
paproger@jonesday.com
tgsinger@jonesday.com

Attorneys for Defendants
FEDERATED DEPARTMENT STORES, INC.
AND THE MAY DEPARTMENT STORES
COMPANY (n/k/a FEDERATED RETAIL
HOLDINGS, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION | Case No. C-04-3514 VRW<br><br>CLASS ACTION |
| This Document Relates To<br><br>ALL ACTIONS | STIPULATION RE: BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION TO CERTIFY A CLASS; [~~PROPOSED~~] ORDER THEREON<br><br>Date: ~~January 25, 2007~~ Feb. 8, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom 6<br><br>The Honorable Vaughn R. Walker |

LAI-2269637v1

Stipulation Re: Briefing Schedule
Case No. C-04-3514 VRW

Pursuant to Local Rule 7-12, counsel for the parties hereby stipulate to the following briefing schedule for (a) defendant Federated's motion for summary judgment, filed on November 17, 2006; (b) defendant Waterford Wedgwood's motion for summary judgment, filed on November 17, 2006; and (c) plaintiffs' motion to certify a class, filed on November 17, 2006:

Oppositions to defendants' motions for summary judgment and plaintiffs' motion to certify a class are to be filed and served on December 20, 2006. Replies in support of defendants' motions for summary judgment and plaintiffs' motion to certify a class are to be filed and served on January 12, 2007.

~~The parties have noticed hearing on their respective motions for January 25, 2007, at 2:00 p.m.~~

Dated: November 30, 2006        SAVERI & SAVERI, INC.

By: R. Alexander Saveri
    R. Alexander Saveri

Attorneys for Plaintiffs

Dated: December 14, 2006        JONES DAY

By: /s/Jeffrey A. LeVee
    Jeffrey A. LeVee

Attorneys for Defendant Federated Department Stores, Inc. and The May Department Stores Company (n/k/a Federated Retail Holdings, Inc.)

Dated: December 14, 2006        HARRIS, WILTSHIRE & GRANNIS LLP

By: Patrick O'Donnell
    Patrick O'Donnell

Attorneys for Waterford Wedgwood USA, Inc.

LAI-2269637v1                    1                Stipulation Re: Briefing Schedule
                                                  Case No. C-04-3514 VRW

Case 3:04-cv-03514-VRW   Document 149   Filed 12/20/2006   Page 3 of 3

# ORDER

IT IS HEREBY ORDERED that oppositions to defendants' motions for summary judgment and plaintiffs' motion to certify a class are to be filed and served on December 20, 2006; that replies in support of defendants' motions for summary judgment and plaintiffs' motion to certify a class are to be filed and served on January 12, 2007; and that hearing on the parties' respective motions be set for ~~January 25, 2007, at 2:00 p.m.~~ continued to Feb. 8, 2007.

DATED: 12/20/2006



VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Vaughn R Walker

LAI-2269637v1

2

Stipulation Re: Briefing Schedule
Case No. C-04-3514 VRW