| | |
|---|---|
| 1 | Guido Saveri (22349) |
| 2 | R. Alexander Saveri (173102)<br>Lisa Saveri (112043) |
| 3 | Cadio Zirpoli (179108)<br>SAVERI & SAVERI, INC. |
| 4 | 111 Pine Street, Suite 1700<br>San Francisco, CA 94111-5619 |
| 5 | Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813 |
| 6 | guido@saveri.com<br>rick@saveri.com |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION | Master File No. C-04-3514-VRW |
| | **CLASS ACTION** |
| This Document Relates to:<br>ALL ACTIONS | STIPULATION RE: FILING ONE 50 PAGE OPPOSITION BRIEF TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT INSTEAD OF TWO 25 PAGE OPPOSITIONS; [PROPOSED] ORDER THEREON |
| | Date: ~~January 25, 2007~~ Feb 8, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom 6 |
| | The Honorable Vaughn R. Walker |

STIPULATION RE: FILING ONE 50 PAGE OPPOSITION BRIEF TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT INSTEAD OF TWO 25 PAGE OPPOSITIONS; [PROPOSED] ORDER THEREON – Master File No. C-04-3514-VRW

On November 17, 2006, two of the three defendants, Waterford Wedgwood ("Waterford") and Federated Retail Holdings, Inc. (f/k/a Federated Department Stores, Inc. and The May Department Stores Company) ("Federated") filed separate motions for summary judgment. The hearing on these motions is currently set for ~~January 25~~ February 8, 2007 at 2:00 p.m. The parties have stipulated to a briefing schedule wherein plaintiffs' oppositions to defendants' motions for summary judgment are due on December 20, 2006 and defendants' reply briefs in support of their motions for summary judgment are due on January 12, 2007. The parties submitted this stipulation to the Court on December 14, 2006.

Pursuant to Local Rule 7-12, counsel for plaintiffs, Federated, and Waterford hereby stipulate that plaintiffs may file one 50 page opposition brief to both Federated's and Waterford's motions for summary judgment instead of two separate 25 page opposition briefs.

This stipulation does not change the overall amount of pages that any party may file with regards to motions for summary judgment.

Dated: December 19, 2006                SAVERI & SAVERI

                                        By: /s/ R. Alexander Saveri
                                            R. Alexander Saveri

                                        Attorney for the Plaintiffs


Dated: December 19, 2006                JONES DAY

                                        By: /s/ Jeffrey A. LeVee
                                            Jeffrey A. LeVee

                                        Attorneys for Defendant Federated
                                        Department Stores, Inc and The May
                                        Department Stores Company (n/k/a Federated
                                        Retail Holdings, Inc)

STIPULATION RE: FILING ONE 50 PAGE OPPOSITION BRIEF TO DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT INSTEAD OF TWO 25 PAGE OPPOSITIONS; [PROPOSED] ORDER THEREON –
Master File No. M-02-1486PJH                                                          -1-

| | | |
|---|---|---|
| 1 | Dated: December 19, 2006 | HARRIS, WILTSHIRE & GRANNIS LLP |
| 2 | | |
| 3 | | By: /s/ *Patrick O'Donnell* |
| 4 | | Patrick O'Donnell |
| 5 | | Attorney for Defendant Waterford Wedgwood USA, Inc. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: FILING ONE 50 PAGE OPPOSITION BRIEF TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT INSTEAD OF TWO 25 PAGE OPPOSITIONS; [PROPOSED] ORDER THEREON –
Master File No. M-02-1486PJH

-2-

## ORDER

IT IS HEREBY ORDERED that plaintiffs may file one omnibus 50 page opposition brief in response to Federated's and Waterford's separate motions for summary judgement instead of two 25 page opposition briefs.

DATED: 12/20/2006



_____
VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE

STIPULATION RE: FILING ONE 50 PAGE OPPOSITION BRIEF TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT INSTEAD OF TWO 25 PAGE OPPOSITIONS; [PROPOSED] ORDER THEREON –
Master File No. M-02-1486PJH
-3-