IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION. | No   C-04-3514 VRW<br><br>ORDER |
| _____/ | |

      Not later than December 28, 2006, the parties are directed to serve and file a letter not exceeding two pages describing the present status of trial preparation.  In the alternative, the parties may report to the court for a status conference not later than January 19, 2007.  The parties may arrange a status conference date with the court's deputy, Cora Delfin, who may be reached at (415) 522-2039.

      The parties are reminded of the firm trial date herein of April 9, 2007.

      IT IS SO ORDERED.

                                       /s/ Vaughn R Walker

                                       VAUGHN R WALKER

                                       United States District Chief Judge