Jeffrey A. LeVee (SBN 125863)
Andi K. Wang (SBN 218369)
Kate P. Wallace (SBN 234949)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
jlevee@jonesday.com
andiwang@jonesday.com
kpwallace@jonesday.com

Phillip A. Proger (admitted *pro hac vice*)
Toby G. Singer (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
paproger@jonesday.com
tgsinger@jonesday.com

Attorneys for Defendants
FEDERATED DEPARTMENT STORES, INC. AND
THE MAY DEPARTMENT STORES COMPANY
(n/k/a FEDERATED RETAIL HOLDINGS, INC.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | Case No. C-04-3514 VRW<br>CLASS ACTION<br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5<br><br>Date: February 8, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom 6<br>The Honorable Vaughn R. Walker |

Upon reviewing and considering plaintiffs' administrative motion to seal documents pursuant to Civil Local Rules 7-11 and 79-5 and related documents filed with the Court in

LAI-2839971v1

[Proposed] Order Granting Ps.' Admin. Mot.
Case No. C-04-3514 VRW

1  connection with the administrative motion to seal, including the concurrently-filed Declaration of
2  Jeffrey A. LeVee, the papers and records on file in this action, and good cause appearing therefor,
3  IT IS HEREBY ORDERED that the Clerk of the Court shall file under seal confidential
4  documents, which documents plaintiffs lodged with the Court on December 20, 2006:

   1. Exhibits 1, 3, 4, 7, 8, 19, 37, 38, 39, 40, 41, 44, 45, 53, 57 attached to the Declaration of
      Henry Cirillo filed in support of plaintiffs' Opposition to Federated's Motion for
      Summary Judgment.

**IT IS SO ORDERED.**

Date: _____        VAUGHN R. WALKER
                                     UNITED STATES DISTRICT JUDGE

GRANTED
Judge Vaughn R Walker

LAI-2839971v1                         - 2 -        [Proposed] Order Granting Ps.' Admin. Mot.
                                                   Case No. C-04-3514 VRW