| | |
|---|---|
| 1 | Jeffrey A. LeVee (SBN 125863) |
| | Andi K. Wang (SBN 218369) |
| 2 | Kate P. Wallace (SBN 234949) |
| | JONES DAY |
| 3 | 555 South Flower Street |
| | Fiftieth Floor |
| 4 | Los Angeles, CA 90071-2300 |
| | Telephone: (213) 489-3939 |
| 5 | Facsimile: (213) 243-2539 |
| | jlevee@jonesday.com |
| 6 | andiwang@jonesday.com |
| | kpwallace@jonesday.com |
| 7 | |
| | Phillip A. Proger (admitted *pro hac vice*) |
| 8 | Toby G. Singer (admitted *pro hac vice*) |
| | JONES DAY |
| 9 | 51 Louisiana Avenue, N.W. |
| | Washington, D.C. 20001 |
| 10 | Telephone: (202) 879-3939 |
| | Facsimile: (202) 626-1700 |
| 11 | paproger@jonesday.com |
| | tgsinger@jonesday.com |
| 12 | |
| | Attorneys for Defendants |
| 13 | FEDERATED DEPARTMENT STORES, INC. AND |
| | THE MAY DEPARTMENT STORES COMPANY |
| 14 | (n/k/a FEDERATED RETAIL HOLDINGS, INC.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION | Case No. C-04-3514 VRW |
| | CLASS ACTION |
| This Document Relates to All Actions | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 |
| | Date: February 8, 2007 |
| | Time: 2:00 p.m. |
| | Place: Courtroom 6 |
| | The Honorable Vaughn R. Walker |

Upon reviewing and considering plaintiffs' administrative motion to seal documents pursuant to Civil Local Rules 7-11 and 79-5 and related documents filed with the Court in

LAI-2839971v1

[Proposed] Order Granting Ps.' Admin. Mot.
Case No. C-04-3514 VRW

connection with the administrative motion to seal, including the concurrently-filed Declaration of Jeffrey A. LeVee, the papers and records on file in this action, and good cause appearing therefor, IT IS HEREBY ORDERED that the Clerk of the Court shall file under seal confidential documents, which documents plaintiffs lodged with the Court on December 20, 2006:

1. Exhibits 1, 3, 4, 7, 8, 19, 37, 38, 39, 40, 41, 44, 45, 53, 57 attached to the Declaration of Henry Cirillo filed in support of plaintiffs' Opposition to Federated's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Date: January 17, 2007

_____
VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: GRANTED — Judge Vaughn R Walker]

LAI-2839971v1

- 2 -

[Proposed] Order Granting Ps.' Admin. Mot.
Case No. C-04-3514 VRW