Guido Saveri (22349)
R. Alexander Saveri (173102)
Lisa Saveri (112043)
Cadio Zirpoli (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
*guido@saveri.com*
*rick@saveri.com*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. C-04-3514-VRW<br><br>**CLASS ACTION**<br><br>**Corrected STIPULATION RE: FILING ONE 30 PAGE REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION INSTEAD OF TWO 15 PAGE REPLY BRIEFS; [PROPOSED] ORDER THEREON**<br><br>Date: February 8, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom 6<br><br>The Honorable Vaughn R. Walker |

On December 20, 2006, two of the three defendants, Waterford Wedgwood ("Waterford") and Federated Retail Holdings, Inc. (f/k/a Federated Department Stores, Inc. and The May Department Stores Company) ("Federated") filed separate 25 page memorandums of points and authorities, for a total of 50 pages, in opposition to plaintiffs single 25 page class certification motion. The hearing on these motions is currently set for February 8, 2007 at 2:00 p.m. The parties have stipulated to a briefing schedule wherein plaintiffs' reply briefs in support of their motion for class certification is due on January 12, 2007.

Pursuant to Local Rule 7-12, counsel for plaintiffs, Federated, and Waterford hereby stipulate that plaintiffs may file one 30 page reply brief to both Federated's and Waterford's memorandums of points and authorities in opposition to class certification instead of two separate 15 page reply briefs.

This stipulation does not change the overall amount of pages that any party may file with regards to motions for summary judgment.

Dated: January 10, 2007
SAVERI & SAVERI

By: /s/ *R. Alexander Saveri*
    R. Alexander Saveri

Attorney for the Plaintiffs

Dated: January 10, 2007
JONES DAY

By: /s/ *Jeffrey A. LeVee*
    Jeffrey A. LeVee

Attorneys for Defendant Federated Department Stores, Inc and The May Department Stores Company (n/k/a Federated Retail Holdings, Inc)

Corrected STIPULATION RE: FILING ONE 30 PAGE REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION INSTEAD OF TWO 15 PAGE REPLY BRIEFS; [PROPOSED] ORDER THEREON
– Master File No. M-02-1486PJH     -1-

| | | |
|---|---|---|
| 1 | Dated: January 10, 2007 | HARRIS, WILTSHIRE & GRANNIS LLP |
| 2 | | |
| 3 | | By: /s/ *Patrick O'Donnell* |
| | | Patrick O'Donnell |
| 4 | | |
| 5 | | Attorney for Defendant Waterford Wedgwood USA, Inc. |

Corrected STIPULATION RE: FILING ONE 30 PAGE REPLY BRIEF IN SUPPORT OF CLASS
CERTIFICATION INSTEAD OF TWO 15 PAGE REPLY BRIEFS; [PROPOSED] ORDER THEREON
– Master File No. M-02-1486PJH                                                                -2-

1 **ORDER**

2     IT IS HEREBY ORDERED that plaintiffs may file one omnibus 30 page reply brief in

3 support of class certification and in response to Federated's and Waterford's separate

4 memorandums of points and authorities in opposition to class certification instead of two 15 page

5 reply briefs.

6

7 DATED: ___1/18/2007___

8                                 UNITED STATES DISTRICT JUDGE



Corrected STIPULATION RE: FILING ONE 30 PAGE REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION INSTEAD OF TWO 15 PAGE REPLY BRIEFS; [PROPOSED] ORDER THEREON – Master File No. M-02-1486PJH     -3-