1  GUIDO SAVERI (22349)
   R. ALEXANDER SAVERI (173102)
2  LISA SAVERI (112043)
   CADIO ZIRPOLI (179108)
3  SAVERI & SAVERI, INC.
   111 Pine Street, Suite 1700
4  San Francisco, California 94111-5630
   Telephone (415) 217-6810
5  Facsimile (415) 217-6813
   E-mail: guido@saveri.com
6  E-mail: rick@saveri.com

7  Attorneys for Plaintiffs

8

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11  | IN RE TABLEWARE ANTITRUST | Case No. C 04-3514 VRW |
12  | LITIGATION | STIPULATION AND [~~PROPOSED~~] ORDER RESETTING HEARING FOR PRELIMINARY APPROVAL OF LENOX SETTLEMENT |
13  |  |  |
14  | This Document Relates To: | Date:   April 5, 2007 |
15  | All Actions | Time:   2:00 P.M.  Place:  Courtroom 6 |
16  |  | The Honorable Vaughn R. Walker |
17

18

19        Whereas a hearing for preliminary approval of the settlement with defendant Lenox, Inc. was

20  scheduled for March 8, 2007 at 2 P.M. and the parties are working on finalizing the papers for the

21  hearing, it is hereby stipulated that the hearing for preliminary approval of the Lenox settlement be

22  continued to April 5, 2007 at 2:00 P.M..  Pursuant to this Court's Standing Order 1.3, the parties

23  checked the availability of this hearing date with the Court's Calendar Clerk.

24        IT IS SO STIPULATED.

25  Dated: March 5, 2007.

26                                         By:___/s/ Lisa Saveri_____
                                              GUIDO SAVERI (22349)
27                                            R. ALEXANDER SAVERI (173102)
                                              LISA SAVERI (112043)
28

STIP. AND [PROPOSED] ORDER RESETTING HEARING FOR
PRELIMINARY APPROVAL OF LENOX SETTLEMENT;
CASE NO. C 04-3514 VRW                          - 1 -

1
2
3
4

CADIO ZIRPOLI (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, California 94111-5630
Telephone (415) 217-6810

Attorneys for Plaintiffs

5   Dated: March 5, 2007.

6                                           By:   /s/ Stuart C. Plunkett
                                                  PENELOPE A. PREOVOLOS
7                                                 STUART C. PLUNKETT
                                                  TERRI GARLAND
8                                                 MORRISON & FOERSTER LLP
                                                  425 Market Street
9                                                 San Francisco, CA 94105
                                                  Telephone: (415) 268-7000
10
                                                  Attorneys for Defendant, Lenox, Inc.
11

12                                        **ORDER**

13      IT IS HEREBY ORDERED THAT the hearing for preliminary approval of the settlement with

14   defendant Lenox, Inc. is reset for April 5, 2007 at 2:00 P.M.

15      IT IS SO ORDERED.

16   Dated: March ___8___, 2007.

17

18

19   table.248

20

21

22

23

24

25

26

27

28

GRANTED

Judge Vaughn R Walker