IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION / | No   C-04-3514 VRW<br><br>ORDER |
| THIS DOCUMENT RELATES TO ALL ACTIONS / | |

On March 27, 2007, defendants moved pursuant to Civ L R 7-11 for administrative relief from the dispositive motion filing date in order to file a second motion for summary judgment. Doc #290. Plaintiffs declined to stipulate to defendants' request. Doc #291. Accordingly, the court ORDERS plaintiffs to SHOW CAUSE, in a writing not to exceed two pages, why the court should not grant defendants' motion for administrative relief. Plaintiffs should file their response to this order no later than March 30, 2007, at 5:00 pm.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge