IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION | No   C-04-3514 VRW |
| | ORDER |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

The court is in receipt of defendants' administrative motion for leave to file a second motion for summary judgment, Doc #290, and plaintiffs' response, Doc #294.  Counsel should be prepared to discuss defendants' motion at the April 5, 2007, hearing.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge