Jeffrey A. LeVee (State Bar No. 125863)
Eric P. Enson (State Bar No. 204447)
Kate Wallace (State Bar No. 234949)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
jlevee@jonesday.com
epenson@jonesday.com
kpwallace@jonesday.com

Phillip A. Proger (admitted *pro hac vice*)
Toby G. Singer (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
paproger@jonesday.com
tgsinger@jonesday.com

Attorneys for Defendants
FEDERATED DEPARTMENT STORES, INC. AND
THE MAY DEPARTMENT STORES COMPANY
(n/k/a FEDERATED RETAIL HOLDINGS, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TABLEWARE ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | Case No. 04-3514 VRW<br><br>**REQUEST TO WITHDRAW AS COUNSEL; [PROPOSED] ORDER THEREON**<br><br>**LOCAL RULE 11-5** |

LAI-2855547v1

REQUEST TO WITHDRAW AS COUNSEL
04-3514 VRW

1   Pursuant to Local Rule 11-5, Ronald J. Dolan hereby requests to withdraw as counsel for
2   Defendants Federated Department Stores, Inc. ("Federated") and The May Department Stores
3   Company ("May," which Federated acquired in August 2005 and n/k/a Federated Retails
4   Holdings, Inc.). Jones Day, which is already serving as counsel in this matter, will continue to
5   represent the interests of Federated and May. Notice was given to Plaintiffs on March 20, 2007
6   via e-mail and overnight mail to Guido Saveri, the Chairman of Committee of Plaintiffs' Counsel,
7   and Rick Saveri, counsel for Plaintiffs, and no objection has been made.

8
9   Dated: March 27, 2007          By: /s/ Ronald J. Dolan
10                                     Ronald J. Dolan
11                                 Counsel for FEDERATED DEPARTMENT
                                   STORES, INC. AND THE MAY
12                                 DEPARTMENT STORES COMPANY

13
14
15  IT IS SO ORDERED.

16  Dated: ~~March __, 2007~~
17  April 3, 2007

IT IS SO ORDERED
Judge Vaughn R Walker

LAI-2855547v1                      - 2 -           REQUEST TO WITHDRAW AS COUNSEL
                                                            04-3514 VRW