1  GUIDO SAVERI (22349)
   R. ALEXANDER SAVERI (173102)
2  LISA SAVERI (112043)
   CADIO ZIRPOLI (179108)
3  SAVERI & SAVERI, INC.
   111 Pine Street, Suite 1700
4  San Francisco, California 94111-5630
   Telephone (415) 217-6810
5  Facsimile (415) 217-6813
   E-mail: guido@saveri.com
6  E-mail: rick@saveri.com

7  Attorneys for Plaintiffs

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11 | IN RE TABLEWARE ANTITRUST | **Case No. C 04-3514 VRW**
12 | LITIGATION | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE**
13 |
14 | This Document Relates To: | Date: April 12, 2007
                               | Time: 9:00 a.m.
                               | Place: Courtroom 6
15 |     All Actions |
                               | The Honorable Vaughn R. Walker
16 |
17 |
18

19      Whereas the Court currently has scheduled for April 5, 2007 at 2:00 p.m. a Case Management
20 Conference, a hearing for preliminary approval of the settlement with defendant Lenox, Inc., and
21 Defendant Federated's Administrative Motion for Leave to File a Second Summary Judgment Motion,
22      Whereas by Order dated March 13, 2007, the Court granted plaintiffs' motion for class
23 certification.
24      Whereas the parties have been diligently working to prepare the necessary preliminary approval
25 and notice papers to include both the Lenox settlement and the more recent order certifying the class.
26      It is therefore stipulated by the parties that the hearing currently scheduled for April 5, 2007 at
27 2:00 p.m. is continued to April 12, 2007 at 9:00 a.m.  Pursuant to this Court's Standing Order 1.3, the
28 parties checked the availability of this hearing date with the Court's Calendar Clerk.

STIP. AND [PROPOSED] ORDER CONTINUING HEARING;      - 1 -
CASE NO. C 04-3514 VRW

| | | | |
|---|---|---|---|
|1| IT IS SO STIPULATED. | | |
|2| Dated: April 4, 2007. | | |
|3| | By: | /s/ R. Alexander Saveri |
| | | | GUIDO SAVERI (22349) |
|4| | | R. ALEXANDER SAVERI (173102) |
| | | | LISA SAVERI (112043) |
|5| | | CADIO ZIRPOLI (179108) |
| | | | SAVERI & SAVERI, INC. |
|6| | | 111 Pine Street, Suite 1700 |
| | | | San Francisco, California 94111-5630 |
| | | | Telephone (415) 217-6810 |

1   IT IS SO STIPULATED.

2   Dated: April 4, 2007.

By:   */s/ R. Alexander Saveri*
GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
LISA SAVERI (112043)
CADIO ZIRPOLI (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, California 94111-5630
Telephone (415) 217-6810

Attorneys for Plaintiffs

Dated: April 4, 2007.

By:   */s/ Penelope A. Prevolos*
PENELOPE A. PREOVOLOS
STUART C. PLUNKETT
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

Attorneys for Defendant, Lenox, Inc

Dated: April 4, 2007.

By:   */s/ Jeffrey A. Levee*
JEFFREY A. LEVEE (125863)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

Attorneys for Defendants Federated Department Stores Inc. and The May Department Stores Company (n/k/a Federated Retail Holdings, Inc.)

### ORDER

IT IS HEREBY ORDERED THAT the hearing on April 5, 2007 for preliminary approval of the settlement with defendant Lenox, Inc., defendant Federated's Administrative Motion for Leave to File a Second Summary Judgment Motion, a Case Management Conference, and all other matters is reset for April 12, 2007 at 9:00 a.m.

IT IS SO ORDERED.

Dated: April __5__, 2007.

_____
Ho
Ju
Judge Vaughn R Walker

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED]

table.256

STIP. AND [PROPOSED] ORDER CONTINUING HEARING;
CASE NO. C 04-3514 VRW

- 2 -