FILED

JUL X 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE TABLEWARE ANTITRUST LITIGATION | No C-04-3514 VRW |
|---|---|
| | SPECIAL VERDICT FORM |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## SPECIAL VERDICT FORM

### Question 1

Have plaintiffs proven by a preponderance of the evidence that Federated and May conspired to induce Lenox and Waterford to boycott Bed, Bath & Beyond? ("Yes" is a finding for plaintiffs; "No" is a finding for defendants).

Yes____    No  X

Only proceed to question 2 if you answer "Yes" to question 1. If you answer "No" to question 1, sign and return the verdict form.

### Question 2

Have plaintiffs proven by a preponderance of the evidence that any of the following manufacturers boycotted Bed, Bath & Beyond as a result of the agreement between Federated and May? ("Yes" is a finding for plaintiffs; "No" is a finding for defendants).

Lenox?       Yes____    No____
Waterford?   Yes____    No____

Only proceed to question 3 if you answer "Yes" as to either or both manufacturers. If you answer "No" as to both manufacturers, sign and return the verdict form.

2

### Question 3

Have plaintiffs proven by a preponderance of the evidence that class members were injured as a result of the conspiracy between Federated and May to induce Waterford and Lenox to boycott Bed, Bath & Beyond? ("Yes" is a finding for plaintiffs; "No" is a finding for defendants).

Yes____    No____

Only proceed to question 4 if you answer "Yes" to question 3. If you answer "No" to question 3, sign and return the verdict form.

### Question 4

What amount of damages did class members suffer as a result of the agreement to boycott Bed, Bath & Beyond?

$_____

We, the jury, have unanimously agreed to the answers to the above questions, and return such answers in open court as our verdict in this case.

Dated: 7/2/07      Foreperson: _____

3