IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IN RE TABLEWARE ANTITRUST LITIGATION** / No  C-04-3514 VRW

ORDER

**THIS DOCUMENT RELATES TO ALL ACTIONS** /

After hearing arguments on August 9, 2007, this court reserved decision on approval of the settlement between the class and Lenox, Inc.  Before making a final determination, the court orders class counsel to submit the following information:

   **(1) A signed certification stating that all expert expenses and general costs claimed in this case have been paid;**
   **(2) An accounting of general litigation expenses; and**
   **(3) An accounting of expert witness expenses.**

In submitting the above information, class counsel should allocate amounts incurred before and after February 22, 2007, the date of the Lenox settlement agreement.

Class counsel shall comply with this order by August 17, 2007, at which time the matter will be deemed submitted.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge